**No. 10-7868. Leugardo Martinez, Peti-
tioner v. L. E. Scribner, Warden.**

562 U.S. 1228, 131 S. Ct. 1487, 179 L.
Ed. 2d 321, 2011 U.S. LEXIS 1444.

February 22, 2011. Petition for writ of
certiorari to the United States Court of
Appeals for the Ninth Circuit denied.

**No. 10-7869. Kenny Barnes, aka Ken-
neth Barnes, Petitioner v. Missis-
sippi Department of Human Ser-
vices.**

562 U.S. 1228, 131 S. Ct. 1487, 179 L.
Ed. 2d 321, 2011 U.S. LEXIS 1613.

February 22, 2011. Petition for writ of
certiorari to the Supreme Court of Missis-
sippi denied.

Same case below, 42 So. 3d 10.

**No. 10-7871. Ali Partovi, Petitioner v.
Eric H. Holder, Jr., Attorney Gen-
eral, et al.**

562 U.S. 1228, 131 S. Ct. 1487, 179 L.
Ed. 2d 321, 2011 U.S. LEXIS 1581,

February 22, 2011. Petition for writ of
certiorari to the United States Court of
Appeals for the Ninth Circuit denied.

**No. 10-7872. Ali Partovi, Petitioner v.
Jamison Matuszewski, et al.**

562 U.S. 1228, 131 S. Ct. 1488, 179 L.
Ed. 2d 321, 2011 U.S. LEXIS 1526.

February 22, 2011. Petition for writ of
certiorari to the United States Court of
Appeals for the District of Columbia Cir-
cuit denied.

**No. 10-7873. Sha Phillip Devon, Peti-
tioner v. Jerome W. Walsh, Superin-
tendent, State Correctional Institu-
tion at Dallas.**

562 U.S. 1228, 131 S. Ct. 1557, 179 L.
Ed. 2d 321, 2011 U.S. LEXIS 1507.

February 22, 2011. Petition for writ of
certiorari to the United States Court of
Appeals for the Third Circuit denied.

**No. 10-7874. Dennis Lloyd Jewell, Pe-
titioner v. Matthew Cate, Secretary,
California Department of Correc-
tions and Rehabilitation.**

562 U.S. 1228, 131 S. Ct. 1488, 179 L.
Ed. 2d 321, 2011 U.S. LEXIS 1619.

February 22, 2011. Petition for writ of
certiorari to the United States Court of
Appeals for the Ninth Circuit denied.

**No. 10-7876. Brach Edward Norris,
Petitioner v. Stephen P. Sinclair, Su-
perintendent, Washington State
Penitentiary.**

562 U.S. 1228, 131 S. Ct. 1557, 179 L.
Ed. 2d 321, 2011 U.S. LEXIS 1659,

February 22, 2011. Petition for writ of
certiorari to the United States Court of
Appeals for the Ninth Circuit denied.

Same case below, 622 F.3d 1276.